**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 10, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-13-00798-CV

---

### CHAD R. SEABOLD, M.D., D.D.S, Appellant

### V.

### PHILLIP T. IERO, M.D., D.D.S. AND
### PHILLIP T. IERO, M.D., D.D.S., P.A. NB, Appellees

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-76846**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 3, 2013. On May 30, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.